# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

WHA

UNITED STATES OF AMERICA

CR19    0367

V.

EDUARDO ALFONSO VIERA-CHIRINOS,
et al.,

FILED

AUG – 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORN...

DEFENDANT(S).

# INDICTMENT

VIOLATIONS:  21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute
Controlled Substances; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Controlled Substances;
21 U.S.C. § 853 - Forfeiture Allegation

A true bill.

_____
                                                    Foreman

Filed in open court this ____8____ day of August 2019

_____
        Stephen Ybarra
                                                    Clerk

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine;
21 U.S.C. § 841(a)(1) and (b)(1)(A), (b)(1)(B) - Possession with Intent to Distribute Heroin and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment.

---

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
}  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
}  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}  19-71145

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### DEFENDANT - U.S

WHA

EDUARDO ALFONSO VIERA-CHIRINOS

DISTRICT COURT NUMBER

CR19    0367

### DEFENDANT

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED

AUG - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed?   ☐ No
}  If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

**Attachment to Penalty Sheet**
**Eduardo Alfonso Viera-Chirinos a/k/a "Rojo"**

**Count One - 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**
- Minimum 5 years and maximum 40 years' imprisonment;
- Maximum $5,000,000 fine;
- Minimum 4 years and maximum lifetime supervised release;
- $100 special assessment;
- Potential denial of federal benefits;
- Potential deportation





**Count Two**
- **21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)**
  - Minimum 10 years and maximum life imprisonment;
  - Maximum $10,000,000 fine;
  - Minimum 5 years and maximum lifetime supervised release;
  - $100 special assessment;
  - Potential denial of federal benefits;
  - Potential deportation

- **21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**
  - Minimum 5 years and maximum 40 years' imprisonment;
  - Maximum $5,000,000 fine;
  - Minimum 4 years and maximum lifetime supervised release;
  - $100 special assessment;
  - Potential denial of federal benefits;
  - Potential deportation

FILED

AUG - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### DEFENDANT - U.S

► VICTOR MANUEL VIERA-CHIRINOS

**WHA**

DISTRICT COURT NUMBER

**CR19 - 0367**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71145 TSH

Name and Office of Person
Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    JULIE D. GARCIA

### DEFENDANT

IS *NOT IN* CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
**AUG - 8 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

☐ Federal  ☐ State

Has detainer  ☐ Yes
been filed?    ☐ No
If "Yes" give date filed

DATE OF ARREST ►    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

#### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment; Maximum $5,000,000 fine; Minimum 4 years and maximum lifetime supervised release; $100 special assessment; Potential denial of federal benefits; Potential deportation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
JORGE ALBERTO VIERA-CHIRINOS

DISTRICT COURT NUMBER
CR19  0367

WHA

#### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
19-71145 TSH

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

#### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
AUG - 8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction    ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. § 841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Heroin

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Maximum 20 years' imprisonment;
Maximum $1,000,000 fine;
3 years to lifetime supervised release;
$100 mandatory special assessment;
Potential denial of federal benefits; potential deportation
+

### DEFENDANT - U.S

▶ JULIO CESAR VIERA-CHIRINOS                    **WHA**

DISTRICT COURT NUMBER

**CR19        0367**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71156

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**

AUG - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction        ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

☐ DEFENDANT - U.S

JORGE ENRIQUE TORRES-VIERA

DISTRICT COURT NUMBER

CR19    0367

*WHA*

### DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐  If not detained give date any prior
summons was served on above charges

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

AUG - 8 2019

SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### IS IN CUSTODY

4) ☒  On this charge

5) ☐  On another conviction

6) ☐  Awaiting trial on other charges

☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes
been filed?    ☐ No

If "Yes"
give date
filed

DATE OF ARREST ▶         Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 19-71145 TSH

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits; Potential deportation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ KAREN CASTRO-TORRES

**WHA**

DISTRICT COURT NUMBER

**CR19    0367**

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.
19-71145 TSH

Name and Office of Person
Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JULIE D. GARCIA

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
AUG 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No     give date filed

DATE OF
ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years of maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

DEFENDANT - U.S

▶ CILDER RAMON GAMEZ-VELASQUEZ

WHA

DISTRICT COURT NUMBER

**CR19      0367**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71145 TSH

Name and Office of Person
Furnishing Information on this form       DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       JULIE D. GARCIA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior
   summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

AUG - 8

SUSAN Y.
CLERK, U.S.
NORTH DISTRICT OF

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction                ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes         If "Yes"
been filed?    ☐ No          give date
                             filed

DATE OF          Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine;
21 U.S.C. § 841(a)(1) and (b)(1)(A), (b)(1)(B) - Possession with Intent to Distribute Heroin and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attachment.

### DEFENDANT - U.S

▶ ALEXANDER GONZALEZ-VASQUEZ

DISTRICT COURT NUMBER

CR19     0367     WHA

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71145

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JULIE D. GARCIA

### DEFENDANT

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

FILED
AUG - 8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT
NORTH DISTRICT OF CALIFORNIA

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                 Before Judge:

Comments:

**Attachment to Penalty Sheet**
**Alexander Gonzalez-Vasquez a/k/a "Ale"**

**Count One - 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**



- Minimum 5 years and maximum 40 years' imprisonment;
- Maximum $5,000,000 fine;
- Minimum 4 years and maximum lifetime supervised release;
- $100 special assessment;
- Potential denial of federal benefits;
- Potential deportation



**Count Two**

- **21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)**
  - Minimum 10 years and maximum life imprisonment;
  - Maximum $10,000,000 fine;
  - Minimum 5 years and maximum lifetime supervised release;
  - $100 special assessment;
  - Potential denial of federal benefits;
  - Potential deportation

- **21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)**
  - Minimum 5 years and maximum 40 years' imprisonment;
  - Maximum $5,000,000 fine;
  - Minimum 4 years and maximum lifetime supervised release;
  - $100 special assessment;
  - Potential denial of federal benefits;
  - Potential deportation

FILED

AUG - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

— **OFFENSE CHARGED** —

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits; Potential deportation ☐

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*WHA*

— **DEFENDANT - U.S** —

▶ GUSTAVO ADOLFO GAMEZ-VELASQUEZ

DISTRICT COURT NUMBER
**CR19    0367**

— **PROCEEDING** —

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} 19-71145 TSH

Name and Office of Person
Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JULIE D. GARCIA

— **DEFENDANT** —

IS **NOT** IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

} ☐ Federal ☐ State

Has detainer ☐ Yes
been filed?   ☐ No

If "Yes"
give date
filed

DATE OF
ARREST   ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY   ▶ Month/Day/Year

*FILED*
*AUG -8 2019*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

☐ This report amends AO 257 previously submitted

— **ADDITIONAL INFORMATION OR COMMENTS** —

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—— OFFENSE CHARGED ——

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

DEFENDANT - U.S

▶ LUIS ALMICAR ERAZO-CENTENO

DISTRICT COURT NUMBER

CR19    0367

WHA

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71145 TSH

Name and Office of Person
Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   JULIE D. GARCIA

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
AUG 07 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
        ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
               filed

DATE OF
ARREST   ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**— OFFENSE CHARGED —**

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**— DEFENDANT - U.S**

RODULIO ALEXO GARCIA

DISTRICT COURT NUMBER

CR19    0367

**DEFENDANT**

**— PROCEEDING —**

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    JULIE D. GARCIA

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Federal ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed?    ☐ No    If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

FILED
AUG -8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

#### DEFENDANT - U.S

▶ JUAN VELASQUEZ-ESCOTO        **WHA**

DISTRICT COURT NUMBER

**CR19        0367**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form        DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        JULIE D. GARCIA

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes        If "Yes"
been filed?  ☐ No        give date
filed        Month/Day/Year

DATE OF
ARREST        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED        Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

FILED
AUG - 8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT        Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance        *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:        Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation  ⊞

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHA

**DEFENDANT - U.S**

▶ ELVIN MEJIA-PADILLA

DISTRICT COURT NUMBER

CR19   0367

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    JULIE D. GARCIA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date
filed

DATE OF ▶ Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

AUG - 8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount: No bail

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits;  Potential deportation

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### DEFENDANT - U.S.

▶ YORDI YABIER AGURCIA GALINDO    **WHA**

DISTRICT COURT NUMBER

**CR19    0367**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☒ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

3:19-71206 EDL

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    JULIE D. GARCIA

### DEFENDANT

IS **NOT** IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
AUG -8 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Federal  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year    August 7, 2019

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

| | Name of District Court, and/or Judge/Magistrate Location |

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years and maximum 40 years' imprisonment;
Maximum $5,000,000 fine;
Minimum 4 years and maximum lifetime supervised release;
$100 special assessment;
Potential denial of federal benefits; Potential deportation

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### DEFENDANT - U.S

▶ RUDIS VALLADERES-CACERES

DISTRICT COURT NUMBER          **WHA**
RUDIS VALLADERES-CACERES

CR19 0367

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3:19-71206 EDL

Name and Office of Person
Furnishing Information on this form     DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     JULIE D. GARCIA

### IS NOT IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
AUG - 8 2019
SUSAN Y.
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction          ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes     If "Yes"
been filed?   ☐ No       give date filed

DATE OF     Month/Day/Year
ARREST ▶    August 7, 2019

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED     Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney

2

3

4

5

6                                                                       FILED

7                                                                    AUG -8 2019

8

9

10                    UNITED STATES DISTRICT COURT                      WHA

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,              CASE NO.  CR19    0367

14          Plaintiff,                      )
                                            )
15      v.                                  )   VIOLATIONS:
                                            )   21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to
16   EDUARDO ALFONSO VIERA-CHIRINOS,        )   Distribute and Possess with Intent to Distribute
          a/k/a "Rojo";                     )   Controlled Substances;
17   VICTOR MANUEL VIERA-CHIRINOS,          )   21 U.S.C. § 841(a)(1) – Possession with Intent to
          a/k/a "Mojarra";                  )   Distribute Controlled Substances;
18   JORGE ALBERTO VIERA-CHIRINOS;          )   21 U.S.C. § 853 – Forfeiture Allegation
                                            )
19   JULIO CESAR VIERA-CHIRINOS,            )
          a/k/a "Chino";                    )
20   JORGE ENRIQUE TORRES-VIERA,            )
          a/k/a "Enrique";                  )
21   KAREN CASTRO-TORRES,                   )
          a/k/a "Delany Ellieth Cardona     )
22        Velasquez";                       )
                                            )
23   CILDER RAMON GAMEZ-VELASQUEZ;          )
24   ALEXANDER GONZALEZ-VASQUEZ,            )
          a/k/a "Ale";                      )
25   GUSTAVO ADOLFO GAMEZ-VELASQUEZ;        )
          a/k/a "Bomba";                    )
26                                          )
27   LUIS ALMICAR ERAZO-CENTENO,            )
          a/k/a "Pika";                     )
28        (cont'd)                          )
     _____   )

INDICTMENT                              1

| | |
|---|---|
| 1  RODULIO ALEXO GARCIA; | ) |
| 2  JUAN VELASQUEZ-ESCOTO, | ) |
|        a/k/a "Cuba"; | ) |
| 3  ELVIN MEJIA-PADILLA, | ) |
|        a/k/a "Pajaro"; | ) |
| 4  YORDI YABIER AGURCIA GALINDO; and | ) |
| 5  RUDIS VALLADERES-CACERES, | ) |
|    | ) |
| 6      Defendants. | ) |

8

## I N D I C T M E N T

9   The Grand Jury charges:

10   <u>COUNT ONE:</u>          (21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Methamphetamine, Cocaine Base, and Cocaine)

11

12          Beginning on a date unknown to the grand jury, but no later than in or about June 2018, and

13   continuing to on or about August 7, 2019, in the Northern District of California and elsewhere, the

14   defendants,

15                      EDUARDO ALFONSO VIERA-CHIRINOS,
                             a/k/a "Rojo";
16                       VICTOR MANUEL VIERA-CHIRINOS,
                            a/k/a "Mojarra";
17                      JORGE ALBERTO VIERA-CHIRINOS;
18                        JORGE ENRIQUE TORRES-VIERA,
                            a/k/a "Enrique";
19                          KAREN CASTRO-TORRES,
                    a/k/a "Delany Ellieth Cardona Velasquez";
20                     CILDER RAMON GAMEZ-VELASQUEZ;
21                     ALEXANDER GONZALEZ-VASQUEZ,
                              a/k/a "Ale";
22                    GUSTAVO ADOLFO GAMEZ-VELASQUEZ,
                             a/k/a "Bomba";
23                       LUIS ALMICAR ERAZO-CENTENO,
                              a/k/a "Pika";
24                         RODULIO ALEXO GARCIA;
                          JUAN VELASQUEZ-ESCOTO,
25                              a/k/a "Cuba";
                             ELVIN MEJIA-PADILLA,
26                            a/k/a "Pajaro";
27                 YORDI YABIER AGURCIA GALINDO; and
                        RUDIS VALLADERES-CACERES,
28

INDICTMENT                                    2

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute

and possess with intent to distribute 100 grams and more of a mixture and substance containing a

detectable amount of heroin, a Schedule I controlled substance; 50 grams and more of a mixture and

substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its

isomers, a Schedule II controlled substance; 28 grams and more of a mixture and substance containing a

detectable amount of cocaine base, a Schedule II controlled substance; and 500 grams and more of a

mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric

isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United

States Code, Sections 846, 841(a)(1) and (b)(1)(B).

COUNT TWO:       (21 U.S.C. § 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute One
                 Kilogram and More of a Mixture and Substance Containing Heroin and 500
                 Grams and More of a Mixture and Substance Containing Cocaine)

On or about July 22, 2019, in the Northern District of California and elsewhere, the defendants,

EDUARDO ALFONSO VIERA-CHIRINOS, a/k/a "Rojo," and
ALEXANDER GONZALEZ-VASQUEZ, a/k/a "Ale,"

did knowingly and intentionally possess with intent to distribute one kilogram and more of a mixture

and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A); and 500 grams and more of a mixture

and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and

salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code,

Section 841(a)(1) and (b)(1)(B).

COUNT THREE:     (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to
                 Distribute Heroin)

On or about June 5, 2018, in the Northern District of California, the defendant,

JULIO CESAR VIERA-CHIRINOS, a/k/a "Chino,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a

detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1) and (b)(1)(C).

1  FORFEITURE ALLEGATION:        (21 U.S.C. § 853(a))

2        The allegations contained above are hereby re-alleged and incorporated by reference for the

3  purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

4        Upon conviction of any of the offenses alleged in Counts One through Three above, the

5  defendants,

6  EDUARDO ALFONSO VIERA-CHIRINOS,
a/k/a "Rojo";

7  VICTOR MANUEL VIERA-CHIRINOS,
a/k/a "Mojarra";

8  JORGE ALBERTO VIERA-CHIRINOS;

9  JORGE ENRIQUE TORRES-VIERA,
a/k/a "Enrique";

10  JULIO CESAR VIERA-CHIRINOS,
a/k/a "Chino";

11  KAREN CASTRO-TORRES,
a/k/a "Delany Ellieth Cardona Velasquez";

12  CILDER RAMON GAMEZ-VELASQUEZ;

13  ALEXANDER GONZALEZ-VASQUEZ,
a/k/a "Ale";

14  GUSTAVO ADOLFO GAMEZ-VELASQUEZ,
a/k/a "Bomba";

15  LUIS ALMICAR ERAZO-CENTENO,
a/k/a "Pika";

16  RODULIO ALEXO GARCIA;

17  JUAN VELASQUEZ-ESCOTO,
a/k/a "Cuba";

18  ELVIN MEJIA-PADILLA,
a/k/a "Pajaro,"

19  YORDI YABIER AGURCIA GALINDO; and

20  RUDIS VALLADERES-CACERES,

21  shall forfeit to the United States all right, title, and interest in any property constituting and derived from

22  any proceeds the defendants obtained, directly or indirectly, as a result of such violations, and any

23  property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of

24  such violations, including but not limited to a forfeiture money judgment equal to the amount of

25  proceeds obtained as a result of the offense for which the defendant is convicted.

26        If any of the property described above, as a result of any act or omission of the defendants:

27        a.  cannot be located upon exercise of due diligence;

28        b.  has been transferred or sold to, or deposited with, a third party;

1     c.  has been placed beyond the jurisdiction of the court;

2     d.  has been substantially diminished in value; or

3     e.  has been commingled with other property which cannot be divided without

4        difficulty,

5 the United States of America shall be entitled to forfeiture of substitute property of the defendant

6 pursuant to Title 21, United States Code, Section 853(p), up to the value of the property described

7 above.

8    All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal

9 Procedure 32.2.

10

11 DATED:            A TRUE BILL.

12

13               _____

14               FOREPERSON

15 DAVID L. ANDERSON
   United States Attorney

16

17

18 JULIE D. GARCIA
   RYAN REZAEI

19 Assistant United States Attorneys

20

21

22

23

24

25

26

27

28