DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7324
    sailaja.paidipaty@usdoj.gov
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO CR19-0367 CRB |
| Plaintiff, | |
| v. | STATEMENT OF THE UNITED STATES IN RESPONSE TO JANUARY 15, 2020 COURT ORDER |
| EDUARDO VIERA-CHIRINOS, et al<br>   a/k/a "Rojo" | |
| Defendants. | |

During the January 15, 2020 status conference in the above-captioned case, the Court ordered the government to file a statement for each defendant outlining the following information: "quantity of drugs, potential mandatory minimum, criminal history category, deportation status, and how long the defendant has been in federal custody." Dkt. 148, Minute Entry. In response to the Court's order, the

//

//

//

//

STMT OF USA
NO CR 19-0367 CRB

1 | United States submits the chart attached here.
2 | DATED: January 27, 2020                   Respectfully submitted,
3 |
4 |                                            DAVID L. ANDERSON
  |                                            United States Attorney
5 |                                             /s
  |                                            RYAN REZAEI
  |                                            SAILAJA M. PAIDIPATY
6 |                                            Assistant United States Attorneys

STMT OF USA
NO CR 19-0367 CRB

| DEFENDANT | MINIMUM DRUG QUANTITY ATTRIBUTABLE TO DEFENDANT[1] | SUBJECT TO MANDATORY MINIMUM | CRIMINAL HISTORY CATEGORY[2] | IMMIGRATION STATUS | SUBJECT TO REMOVAL PROCEEDINGS | CUSTODY AND LITIGATION STATUS |
|---|---|---|---|---|---|---|
| EDUARDO ALFONSO VIERA-CHIRINOS, a/k/a "Rojo" | Methamphetamine (mixture / substance) -1173.7 g<br>Heroin - 2119.4 g<br>Cocaine Base - 467 g<br>Cocaine - 2155 g<br>Total – 6565.46 kg CDW[3] | Yes – 120 months | I | Undocumented | Yes | In custody since 7/29/2019<br><br>Status hearing on 3/25/2020 |
| VICTOR MANUEL ALFONSO VIERA-CHIRINOS, a/k/a "Mojarra" | Heroin - 1400.8 g<br>Cocaine - 1986.1 g<br>Total – 1798.02 kg CDW | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Undocumented | Yes | In custody since 7/29/2019<br><br>Status hearing on 3/25/2020 |
| JORGE ALBERTO VIERA-CHIRINOS, a/k/a "Chino" | Heroin - 1400.8 g<br>Cocaine - 1986.1 g<br>Total – 1798.02 kg CDW | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Undocumented | Yes | In custody since 8/16/2019<br><br>Status hearing on 3/25/2020 |
| JORGE ENRIQUE VIERA-CHIRINOS, a/k/a "Enrique" | Heroin - 1400.8 g<br>Cocaine - 1986.1 g<br>Total – 1798.02 kg CDW | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Undocumented | Yes | In custody since 7/29/2019<br><br>Status hearing on 3/25/2020 |

---

[1] The reported drug quantities are based on the government's current estimates. Additional chemical testing and analysis of intercepted communications are ongoing and these calculations may change depending on those assessments.

[2] The reported criminal history categories are estimates based on criminal history reports in the government's possession that have been produced to individual defendants. The criminal history categories have not been verified by U.S. Pretrial Services or the U.S. Probation Office.

[3] CDW refers to "Converted Drug Weight" as determined under U.S. Sentencing Guidelines § 2D1.1(c), Notes to Drug Quantity Table (K), and Application Note 8.

| DEFENDANT | MINIMUM DRUG QUANTITY ATTRIBUTABLE TO DEFENDANT[1] | SUBJECT TO MANDATORY MINIMUM | CRIMINAL HISTORY CATEGORY[2] | IMMIGRATION STATUS | SUBJECT TO REMOVAL PROCEEDINGS | CUSTODY AND LITIGATION STATUS |
|---|---|---|---|---|---|---|
| KAREN CASTRO-TORRES | Methamphetamine (mixture / substance) - 1173.7 g<br>Heroin - 2119.4 g<br>Cocaine Base - 467 g<br>Cocaine - 2155 g<br>Total – 6565.46 kg CDW | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Undocumented | Yes | In custody since 7/29/2019<br><br>Status hearing on 3/25/2020 |
| CILDER RAMON GAMEZ-VELASQUEZ | Methamphetamine (mixture / substance) - 73.5 g<br>Heroin – 1474.3 g<br>Cocaine Base - 199.5 g<br>Cocaine – 2035.1 g<br>Total – 2740.74 kg CDW | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Undocumented | Yes | In custody since 7/29/2019<br><br>Status hearing on 3/25/2020 |
| ALEXANDER GONZALEZ-VASQUEZ, a/k/a "Ale" | Heroin - 1400.8 g<br>Cocaine - 1986.1 g<br>Total – 1798.02 kg CDW | Yes – 120 months | I | Undocumented | Yes | In custody since 7/29/2019<br><br>Status hearing on 3/25/2020 |
| GUSTAVO ADOLFO GAMEZ-VELASQUEZ, a/k/a "Bomba" | Methamphetamine (mixture / substance) - 59.5 g<br>Cocaine base - 75.25 g<br>Total – 387.72 kg CDW | Yes – 60 months | I | Undocumented | Yes | In custody since 7/31/2019<br><br>Change of plea scheduled for 2/12/2020 |

| DEFENDANT | MINIMUM DRUG QUANTITY ATTRIBUTABLE TO DEFENDANT[1] | SUBJECT TO MANDATORY MINIMUM | CRIMINAL HISTORY CATEGORY[2] | IMMIGRATION STATUS | SUBJECT TO REMOVAL PROCEEDINGS | CUSTODY AND LITIGATION STATUS |
|---|---|---|---|---|---|---|
| ELVIN MEJIA-PADILLA, a/k/a "Pajaro" | Methamphetamine (mixture / substance) - 66.5 g<br>Heroin – 3.5 g<br>Cocaine Base - 103.25 g<br>Cocaine – 47.25 g<br>Total – 514.66 kg CDW | Yes – 60 months | I | Undocumented | Yes | In custody since 8/14/2019<br><br>Change of plea scheduled for 2/12/2020 |
| YORDI YABIER AGURCIA GALINDO | Methamphetamine (mixture / substance) - 3.5 g<br>Heroin – 7 g<br>Cocaine Base - 7 g<br>Cocaine – 1.75 g<br>Total – 39.35 kg CDW | Yes – 60 months | I | Undocumented | Yes | In custody since 8/9/2019<br><br>Change of plea scheduled for 2/12/2020 |
| RUDIS VALLADERES-CACERES | Methamphetamine (mixture / substance) – 38.5 g<br>Heroin – 63 g<br>Cocaine Base - 14 g<br>Total – 190 kg CDW | Yes – 60 months | I | Undocumented | Yes | In custody since 8/9/2019<br><br>Change of plea scheduled for 2/12/2020 |