NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
chung@defender.law

HILARY BLAMEY (CSBN 325753)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
hilary@defender.law

Attorneys for Defendant
EDUARDO ALFONSO VIERA-CHIRINOS

FILED

Mar 16 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDUARDO ALFONSO VIERA-CHIRINOS, <br><br> Defendant. | Case No. CR 19-00367-CRB-1 <br><br> **DEFENDANT EDUARDO ALFONSO VIERA-CHIRINOS' ADMINISTRATIVE MOTION TO FILE EXHIBITS 1 AND 3 UNDER SEAL** |

Defendant EDUARDO ALFONSO VIERA-CHIRINOS hereby moves to file under seal Exhibits 1 and 3 referenced in his Motion for Reconsideration of Pretrial Detention Order filed in the above captioned case. Sealing is appropriate as the exhibits contain confidential information.

1

Specifically, Exhibit 1 consists of Mr. Viera-Chirinos' medical records. Mr. Viera-Chirinos believes disclosure of such confidential health information in this case would cause serious harm to his privacy interest as recognized under HIPAA and related regulations.

Exhibit 3 consist of a wiretap transcript that contains personal identifying information (PII).

Accordingly, Mr. Viera-Chirinos respectfully requests that the Court order Exhibits 1 and 3 referenced in his Motion for Reconsideration of Pretrial Detention Order be filed under seal until further order of the Court.

Respectfully Submitted,

DATED: March 5, 2021

*/s/ Hilary Blamey*
HILARY BLAMEY
NAOMI CHUNG
Attorneys for Eduardo Viera-Chirinos

1  NAOMI CHUNG (CSBN 283743)
   Hickey & Chung, LLP
2  Pier 9, Suite 100
   San Francisco, CA  94111
3  Telephone: (415) 942-9000
   Facsimile: (415) 484-7054
4  chung@defender.law
5
   HILARY BLAMEY (CSBN 325753)
6  Hickey & Chung, LLP
   Pier 9, Suite 100
7  San Francisco, CA  94111
   Telephone: (415) 942-9000
8  Facsimile: (415) 484-7054
   hilary@defender.law
9
10 Attorneys for Defendant
   EDUARDO ALFONSO VIERA-CHIRINOS

**FILED**

Mar 16 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,                  | Case No. CR 19-00367-CRB-1 |
|---|---|
| Plaintiff,                                 | **DEFENDANT ALAN EDUARDO ALFONSO VIERA-CHIRINOS' ADMINISTRATIVE MOTION TO FILE EXHIBITS 1 AND 3 UNDER SEAL** |
| v.                                         | |
| EDUARDO ALFONSO VIERA-CHIRINOS,            | |
| Defendant.                                 | |

I, Hilary Blamey, declare as follows:

1. I am an attorney admitted to practice in the State of California and before the federal district court for the Northern District of California. I am attorney for defendant Eduardo Viera-Chirinos in *United States v. Eduardo Viera-Chirinos*, 19-CR-00367-CRB-01 (N.D. Cal). I respectfully

3

submit this declaration in support of Defendant's Administrative Motion to File Exhibits 1 and 3 under seal as related to Defendant's Motion for Reconsideration of Pretrial Detention Order.

2. Mr. Viera-Chirinos is filing an administrative motion seeking to file Exhibits 1 and 3 under seal. Placeholder documents for Exhibits 1 and 3 will be filed with Mr. Viera-Chirinos' Motion for Reconsideration of Pretrial Detention Order.

3. Exhibit 1 contains Mr. Viera-Chirinos' confidential health information and should therefore be filed under seal in order to protect his privacy interest as recognized under HIPPAA and related regulations.

4. Exhibit 3 consists of a wiretap transcript that contains personal identifying information (PII).

I declare under penalty of perjury that the foregoing factual assertions are true and correct to the best of my knowledge and belief.

Executed on March 5, 2021, in San Francisco, California.

*/s/ Hilary Blamey*
HILARY BLAMEY
Declarant

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court orders that Exhibits 1 and 3, to the Defendant Eduardo Viera-Chirinos' Motion for Reconsideration of Pretrial Detention Order, as lodged with this Administrative Motion to Seal, shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: March 16, 2021

HON. THOMAS S. HIXSON
United States Magistrate Judge