1   STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney

2

3   HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division

4   SAILAJA M. PAIDIPATY (NYBN 5160007)
    Assistant United States Attorneys

5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        sailaja.paidipaty@usdoj.gov

8
    Attorneys for United States of America
9

                                        FILED

                                        Mar 18 2021

                                        SUSAN Y. SOONG
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
                                        SAN FRANCISCO

10

                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,           )   CASE NO.:   CR 19-0367-01 CRB
                                         )
14          Plaintiff,                   )   [PROPOSED] ORDER DENYING MOTION FOR
                                         )   RELEASE AND DETAINING DEFENDANT
15      v.                               )   PRIOR TO TRIAL
                                         )
16    EDUARDO ALFONSO VIERA-CHIRINOS,    )
          a/k/a "Rojo";                  )
17                                       )
          Defendant.                     )
18                                       )
                                         )
19

20          On March 17, 2021, this Court held a hearing on Defendant Eduardo Viera-Chirinos's motion for

21   pretrial release.  *See* Dkt. 352.  For the reasons stated on the record and summarized below, the Court

22   denies the motion.

23          Previously, in April 2020, the Court ordered Viera-Chirinos detained as a risk of flight.  *See* Dkt.

24   243.  This month he moved for reconsideration citing changed circumstances.  Dkt. 352.  Specifically,

25   Defendant argued that the recent return of his young children to the Bay Area from Honduras mitigated

26   his flight risk as the family anticipated residing locally going forward.  Viera-Chirinos indicated that he

27   was willing to surrender his own passport as well as the passports of his children.  He noted that he had

28   secured potential employment that would allow him to support himself and his children.  He also argued

    [PROPOSED] ORDER DENYING MOT. FOR RELEASE
    CR 19-0367-01 CRB

1   that a third-party surety and custodian who was willing to sign on to an unsecured bond would ensure

2   his appearance at future hearings. *See generally* Dkt. 352. The government opposed the motion, stating

3   that if released, the defendant could abscond with his children, even if they surrendered their passports.

4   Dkt. 355. The government contended that the proposed surety was unreliable because she previously

5   co-signed a bond for a different federal defendant who ultimately absconded. *Id.* Finally, the

6   government maintained its position that the defendant is a danger to the community. *Id.*

7       Because the defendant is charged with an offense under the Controlled Substances Act that

8   carries a statutory maximum greater than 10 years in custody, subject to rebuttal, the law presumes that

9   no condition or combination of conditions will reasonably assure the defendant's appearance and the

10  safety of the community. 18 U.S.C. § 3142(e)(3)(A). In determining whether there are conditions of

11  release that will reasonably assure the appearance of the defendant, the Court considers the following

12  four factors: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence; (3)

13  the defendant's character, physical and mental condition, family and community ties, past conduct,

14  history relating to drug or alcohol abuse, and criminal history, as well as whether the crime was

15  committed while the defendant was on probation or parole; and (4) the nature and seriousness of the

16  danger to any person or to the community that would be posed by the defendant's release. 18 U.S.C. §

17  3142(g).

18      Having reviewed the parties' memoranda and following argument on March 17, 2021, the Court

19  denies Viera-Chirinos's motion finding that he remains a risk of flight. Viera-Chirinos has no

20  meaningful ties to this district and significant ties to Honduras. The defendant's parents who recently

21  brought his children back to the United States must return to Honduras once their visitor visas expire.

22  The children themselves, while they are U.S. citizens, also have no meaningful ties to this district and

23  had been living in Honduras. Considering the penalties faced by the defendant and the lack of local ties,

24  the Court is not persuaded that the defendant and his children will remain in the Bay Area. The risk of

25  flight cannot be mitigated by any conditions.

26      Given the nature of the crimes as alleged, as well as the history and characteristics of the

27  defendant, the Court determines that, based on the current record, there is no condition or combination

28

[PROPOSED] ORDER DENYING MOT. FOR RELEASE
CR 19-0367-01 CRB

1  of conditions of release that can reasonably assure the defendant's appearance as required.  Accordingly,

2  pursuant to 18 U.S.C. § 3142(i), IT IS HEREBY ORDERED THAT:

3      (1) Defendant is committed to the custody of the Attorney General for confinement in a

4  corrections facility;

5      (2) Defendant be afforded reasonable opportunity for private consultation with his counsel; and

6      (3) on order of a court of the United States or on request of an attorney for the government, the

7  person in charge of the corrections facility in which defendant is confined shall deliver defendant to an

8  authorized Deputy United States Marshal for the purpose of any appearance in connection with a court

9  proceeding.

10  **IT IS SO ORDERED.**

11      March 18 , 2021

                                      HON. THOMAS S. HIXSON

12                                        United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING MOT. FOR RELEASE
CR 19-0367-01 CRB